# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| NORDIC TITLE AGENCY INC., ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CERTAIN UNDERWRITERS AT LLOYD'S, ) <br> LONDON, SUBSCRIBING TO ) <br> CERTIFICATE NO. SUA FEO 1330-1605, ) <br> ) <br>    Defendants. ) | Case No. 2:18-cv-00235 <br><br> Honorable James L. Graham |

### PLAINTIFF NORDIC TITLE AGENCY, INC.'S AND DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON'S STIPULATED NOTICE OF DISMISSAL

Plaintiff/Counter-Defendant, Nordic Title Agency, Inc. ("Nordic Title") and Counter-Defendant Dwane Hall, and Defendants/Counter-Plaintiffs, Certain Underwriters at Lloyd's, London Subscribing to No. SUA FEO 1330-1605 ("Underwriters"), by and through their respective attorneys, hereby stipulate as follows:

Pursuant to this Rule 41(a)(1)(ii) stipulation of dismissal signed by legal counsel for all parties who have appeared in this action, and under the terms of a Confidential Settlement Agreement and Release executed between the parties to this action on September 28, 2018, Plaintiff/Counter-Defendant Nordic Title Agency, Inc. dismisses Count I (Declaratory Judgment) and Count II (Breach of Contract) of its Complaint against Underwriters without prejudice, and dismisses Count III (Bad Faith) of its Complaint against Underwriters with prejudice.

Defendants/Counter-Plaintiffs dismiss their Counterclaim against Nordic Title and Dwane Hall in its entirety without prejudice.

{00196558-1}

Dated:  October 4, 2018

Respectfully Submitted,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. SUA FEO 1330-1605,

SIKORA LAW LLC

/s/ Richard T. Craven
Michael J. Sikora III (0069512)
Richard Craven (0082273)
175 S. Third St., Suite 870
Columbus, OH 43215
Ph.   614-444-7774
Fax  614-444-7775
rcraven@sikoralaw.com
Trial Attorney for Defendants/Counter-Plaintiffs

David L. Koury (*admitted Pro Hac Vice*)
Adrian T. Rohrer (*admitted Pro Hac Vice*)
BATESCAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
Ph.   312-762-3100
Fax  312-762-3200
dkoury@batescarey.com
arohrer@batescarey.com
Co-counsel for Defendants/Counter-Plaintiffs

NORDIC TITLE AGENCY INC. and DWANE HALL

BEHAL LAW GROUP LLC

/s/ Jack D'Aurora (via email approval)
Jack D'Aurora (0056020)
501 S. High St.
Columbus, OH 43215
Ph.       614-643-5050
Fax      614-340-3892
jdaurora@behallaw.com
Counsel for Plaintiff/Counter-Defendants